ACCEPTED
01-15-00680-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 12:09:29 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00680-CV

_____

IN THE FIRST COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/8/2015 12:09:29 PM
CHRISTOPHER A. PRINE
Clerk

ESP RESOURCES, INC. F/K/A
PANTERA PETROLEUM, INC.,

Appellant

vs.

BWC MANAGEMENT, INC.,

Appellee

_____

From the 113th District Court
Harris County, Texas
Cause No. 2013-25068
Hon. Michael Landrum presiding

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Appellant, ESP Resources, Inc. f/k/a Panter Petroleum, Inc. (hereinafter "Appellant"), and brings this, *Appellant's Motion for Extension of Time to File Brief*, and in support thereof, shows the Court the following:

1.     Appellant's current deadline for filing its brief is October 12, 2015.  Appellant requests a thirty (30) day extension of time to file its brief.

2.     Appellant has not previously asked this Court to grant an extension of time with

regard to this issue.

3.      This extension of time is not sought for delay but in the interest of fairness and justice.

4.      Accordingly, Appellant respectfully requests this Court to extend the deadline for the filing of its, *Appellant's Brief*, until November 11, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant its request for a thirty (30) day extension of time to file its, *Appellant's Brief*, and for such other and further relief to which Appellant may be entitled.

Respectfully Submitted,

FETTNER THOMPSON


By: /s/ David A. Fettner
      Texas Bar No.: 00784048
      6700 Sands Point Drive
      Houston, Texas 77074
      Tel. (713) 626-7277
      Fax. (888) 876-2292
      Email: daf@fettnerthomspon.com
      Service Email: services@fettnerthompson.com
      *Attorney for Appellant*

**CERTIFICATE OF CONFERENCE**

On October 7, 2015, Appellee's counsel was contacted via email about the merits of *Appellant's Motion for Extension of Time to File Brief* and Appellee's counsel responded that Appellee is opposed to this request.

/s/ David A. Fettner
David A. Fettner

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, a true and correct copy of the above and foregoing has been forwarded to all pro se parties and/or attorneys of record in accordance with the Texas Rules of Appellate Procedure:

Timothy L. Henderson                          *Via E-Service*
State Bar No. 09432500                         *and/or Via Facsimile: (713) 668-5697*
timjhenderson@msn.com                          *and/or Via First Class Mail*
6300 West Loop South, Suite 280
Bellaire, Texas 77401
713.667.7878 (Tel.)
713.668.5697 (Fax)
*Attorney for Appellee*

/s/ David A. Fettner
David A. Fettner

N:\Matters\Active\ESP Resources-BWC Management (1547)\Appeal\Pleadings\Appellant's Motion for Extension to File Brief 1008 15.wpd